**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STUBHUB HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 1:25-cv-10208-JMF (Consolidated) The Hon. Jesse M. Furman |

**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**

Plaintiffs Kevin Junco ("Plaintiff Junco") and Seth Cohen ("Plaintiff Cohen," and together with Plaintiff Junco, the "Plaintiffs"), nominal defendant StubHub Holdings, Inc. ("StubHub"), and defendants Eric H. Baker ("Baker"), Connie James ("James"), Mark Streams ("Streams"), Sameer Bhargava ("Bhargava"), Jeremy Levine ("Levine"), Jeffrey Blackburn, Rajini Sundar Kodialam, and Thomas A. Patterson (collectively, the "Individual Defendants," and together with StubHub, the "Defendants"),[1] by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on December 9, 2025, Plaintiff Junco filed a shareholder derivative action on behalf of nominal defendant StubHub in this Court against the Individual Defendants for breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets, and against Defendants Baker, James, Streams, Bhargava, and Levine for contribution under Section 11(f) of the Securities Act of 1933 (the "Securities Act") and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), captioned *Junco v. Baker et al.,* Case No. 1:25-cv-10208-JMF (S.D.N.Y. Dec. 9, 2025) (the "*Junco* Action");

---

[1] Plaintiffs and Defendants together are referred to herein as the "Parties."

WHEREAS, on December 17, 2025, Plaintiff Cohen filed a shareholder derivative action on behalf of nominal defendant StubHub in this Court against the Individual Defendants for breach of fiduciary duties, aiding and abetting breach of fiduciary duties, unjust enrichment, and waste of corporate assets, and against Defendants Baker, James, Streams, and Bhargava for contribution under Section 11(f) of the Securities Act and Section 21D of the Exchange Act, captioned *Cohen v. Baker et al.,* Case No. 1:25-cv-10445 (S.D.N.Y. Dec. 17, 2025) (the "*Cohen* Action");

WHEREAS, on January 14, 2026, the Court entered a Stipulation and Order Consolidating Related Shareholder Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs (ECF No. 11) and consolidated the *Junco* Action and the *Cohen* Action into *In Re StubHub Holdings, Inc. Derivative Litigation*, Lead Case No. 1:25-cv-10208-JMF (the "Consolidated Derivative Action") under the leadership of Co-Lead Counsel, The Brown Law Firm, P.C. and Rigrodsky Law, P.A. ("Co-Lead Counsel") (ECF No. 16) (the "Consolidation Order");

WHEREAS, a related putative securities class action is pending in this Court against Defendants StubHub, Baker, James, Streams, and Bhargava, initially captioned *Salabaj v. StubHub Holdings, Inc. et al.*, Case No. 1:25-cv-09776-JMF and later captioned *Liu v. StubHub Holdings, Inc. et al.*, Case No. 1:25-cv-09776-JMF (the "Securities Action");

WHEREAS, the Parties agree that further developments in the Securities Action may be relevant to this Consolidated Derivative Action and may help inform the manner in which this Consolidated Derivative Action proceeds; and

WHEREAS, the Parties agree that the interests of efficient and effective case management and the conservation of judicial and litigant resources would be served by temporarily staying this Consolidated Derivative Action, subject to the terms and conditions set forth herein.

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, as follows:

1.      All proceedings and deadlines in the Consolidated Derivative Action, including any obligation to answer, move against, or otherwise respond to any complaints filed in the Consolidated Derivative Action, are hereby stayed until the resolution of the anticipated motion to dismiss the operative complaint filed in the Securities Action following the appointment of lead plaintiff.

2.      Within fourteen (14) days of the termination of this stay, counsel for the Parties shall meet and confer and submit a proposed scheduling order to the Court for further proceedings in the Consolidated Derivative Action.

3.      Notwithstanding the agreed-upon stay of the Consolidated Derivative Action, Plaintiffs may file an amended complaint during the pendency of the stay, but Defendants shall have no obligation to move, answer, plead, or otherwise respond to any amended complaint during the pendency of the stay.  Nothing in this Stipulation alters or modifies applicable law concerning the composition of the StubHub board relevant for purposes of evaluating demand futility.

4.      Defendants shall promptly notify Plaintiffs upon becoming aware of any derivative actions ("Related Derivative Actions") or threatened derivative actions, including demands made pursuant to 8 Del. C. § 220 or litigation demands ("Related Demands"), related to the facts and circumstances alleged in the Consolidated Derivative Action and the Securities Action.

5.      Defendants shall promptly notify Plaintiffs if any Related Derivative Action is not stayed for the same or a longer duration as the Consolidated Derivative Action.

6.      The Parties shall meet and confer regarding consolidation of any shareholder derivative action filed in, removed to, or transferred to this Court that any Party determines is related to the Consolidated Derivative Action and an application for consolidation of such a shareholder derivative action may be made by the Parties pursuant to Paragraph 10 in the Consolidation Order, and may be ruled on, notwithstanding the stay.

7.      If a Related Derivative Action is not stayed for the same or a longer duration as the Consolidated Derivative Action, Plaintiffs shall have the option to terminate the stay by giving fourteen (14)-days' notice in writing to counsel for Defendants via email.

8.      Defendants shall promptly notify Plaintiffs upon the scheduling of any mediation or formal settlement discussions in the Securities Action, any Related Derivative Action, and any Related Demand and shall include Plaintiffs in any such mediation or formal settlement discussions.

9.      This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Consolidated Derivative Action.

**IT IS SO STIPULATED.**

Dated: February 19, 2026                    Respectfully submitted,

                                            **THE BROWN LAW FIRM, P.C.**

                                            */s/ Saadia Hashmi*
                                            Timothy Brown
                                            Saadia Hashmi
                                            Elizabeth Donohoe
                                            Zachary Benson
                                            767 Third Avenue, Suite 2501
                                            New York, NY 10017
                                            Telephone: (516) 922-5427
                                            Facsimile: (516) 344-6204

Email: tbrown@thebrownlawfirm.net
Email: shashmi@thebrownlawfirm.net
Email: edonohoe@thebrownlawfirm.net
Email: zbenson@thebrownlawfirm.net

*Counsel for Plaintiff Kevin Junco and [Proposed] Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**

*/s/ Vincent A. Licata*
Seth D. Rigrodsky
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Seth Cohen and [Proposed] Co-Lead Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

*/s/  Jason Hegt*
Jason Hegt
Jeff G. Hammel
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1686
Email: jason.hegt@lw.com
Email: jeff.hammel@lw.com

The Clerk of Court is directed to place this case on the suspense docket.

*Counsel for Defendants*

 **IT IS SO ORDERED.**

Dated: February 23, 2026

HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

5